**Robert E. WILKIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60475.**

Missouri Court of Appeals, Western District.

Sept. 17, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 2002.

Irene G. Karns, Assistant State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Anne E. Edgington, Assistant Attorney General, Jefferson City, for Respondent.

Before ROBERT G. ULRICH, Presiding Judge, PAUL M. SPINDEN, Judge, and EDWIN H. SMITH, Judge.

#### ORDER

Robert E. Wilkin appeals the circuit court's judgment denying his motion for postconviction relief under Rule 29.15 after

an evidentiary hearing. We affirm. Rule 84.16(b).